## STATE

v.

### Alan MACK.

### No. 77–197–M.P.

Supreme Court of Rhode Island.

June 26, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Frederick A. Lawrence, East Greenwich, for defendant.

## ORDER

This case comes before us on the state's motion to dismiss the appeal on the ground that counsel for the defendant has failed to comply with the Rules of Appellate Procedure in respect to ordering a transcript and filing a brief. Following oral argument and upon consideration thereof, the state's motion to dismiss is denied. Counsel for the defendant is hereby required to order the transcript in the case forthwith, and upon receipt of said transcript is ordered to follow the Rules of Appellate Procedure strictly in transmitting the record and the filing of a brief.

## STATE

v.

### Ernest MORIN et al.

### No. 80–104–C.A.

Supreme Court of Rhode Island.

June 26, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Charles J. Rogers, Jr., Providence, for defendants.

## ORDER

This case comes before the court on motion by the state to dismiss the appeal for failure of counsel for the defendant to comply with the Rules of Appellate Procedure in respect to the filing of the transcript and prosecution of the appeal. Following oral argument and upon consideration thereof, the state's motion to dismiss the appeal is hereby granted provided, however, that if the transcript is filed with the clerk of the Superior Court for delivery to the clerk of this court forthwith, and if a brief is filed in this court within forty–five days of the date of this order, the appeal shall be reinstated.